UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE,<br><br>　　　　　Defendant. | Case No. 13-cv-05059-MEJ<br><br>**ORDER GRANTING EXTENSION OF TIME FOR SERVICE**<br><br>Re: Dkt. No. 6 |

　　　　On February 20, 2014, plaintiff Jane Doe ("Plaintiff") advised the Court that the defendant, John Doe ("Defendant") currently resides in Japan, and therefore must be served with process in accordance with the Hague Service Convention. Accordingly, the Court GRANTS Plaintiff additional time in which to complete service of process on Defendant. Plaintiff shall file a status report by June 16, 2014, if service has not been completed by that date.

　　　　**IT IS SO ORDERED.**

Dated: March 3, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge