UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE,<br><br>　　　　Defendant. | Case No. 13-cv-05059-MEJ<br><br>**ORDER GRANTING EXTENSION OF TIME FOR SERVICE**<br><br>Re: Dkt. No. 8 |

On June 16, 2014, Plaintiff Jane Doe advised the Court that she has been unable to serve Defendant John Doe, who currently resides in Japan, in accordance with the Hague Service Convention. Accordingly, the Court GRANTS Plaintiff additional time in which to complete service of process on Defendant. Plaintiff shall file a status report by August 21, 2014, if service has not been completed by that date.

**IT IS SO ORDERED.**

Dated: June 24, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge