JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
150 Spear Street, Suite 725
San Francisco, CA 94105
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Plaintiff,
Jane Doe

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No: 13-cv-05059-MEJ |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL |
| v. | |
| JOHN DOE, | |
| Defendant. | |

Having considered Plaintiff Jane Doe's ex parte application for an order dismissing the above-captioned action without prejudice, and finding good cause therefor,

IT IS HEREBY ORDERED that:

This action is dismissed without prejudice.

Dated: June 25, 2014     By: _____
                              Hon. Maria-Elena James
                              United States Magistrate Judge